1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7    MISSION TRADING COMPANY, INC.,                    Case No. 16-cv-01110-JST

            Plaintiff,

8

        v.                                             **ORDER GRANTING MOTION TO
9                                                      EXTEND TIME**

10   DAVID VINCENT LEWIS, et al.,                      Re: ECF No. 15

            Defendants.

11

12          On May 9, 2016, Defendant Sandra Lewis filed a letter with the Court, seeking an

13   extension of time to file an opposition brief to Plaintiff's Motion to Strike. ECF No. 15.  The

14   Court construes Defendant's letter as an administrative motion to extend time pursuant to Local

15   Rule 6-3.  So construed, Defendant's motion is granted.  Defendant's deadline to file an

16   opposition brief will be extended until fourteen days from the date of filing of this order.

17   Plaintiff's reply brief, if any, will be due within seven days from the date of filing of Defendant's

18   opposition brief.  The case management conference, currently scheduled for June 8, 2016, is

19   continued until June 30, 2016 at 2:00 p.m to coincide with the hearing on Plaintiff's Motion to

20   Strike.

21          IT IS SO ORDERED.

22   Dated: May 13, 2016

23                                                     _____
                                                             JON S. TIGAR
24                                                       United States District Judge

25

26

27

28

United States District Court
Northern District of California