Kira A. Schlesinger, Esq. (SB CA: 205357; AZ: 023450)
SCHLESINGER CONRAD LAW FIRM
3936 E. Desert Cove Avenue, 1st Fl.
Phoenix, Arizona 85027
Tel: 602-812-3661
Fax: 480-522-3674
E-Mail: docket@schlesingerconrad.com

*Attorney for Defendants*
*Sandra Gallagher Lewis*
*And David Vincent Lewis*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION TRADING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDRA GALLAGHER LEWIS, individually; DAVID VINCENT LEWIS, individually, DOES 1 – 10, inclusive, <br><br> Defendants. | CASE NO.: 3:16-CV-01110-JST <br><br> DECLARATION OF DAVID LEWIS IN SUPPORT OF MOTION TO SET ASIDE DEFAULT <br><br> Hearing Date: August 4, 2016 <br> Courtroom: 9, <br> Phillip Burton Building, 19th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br> Time: 2:00 p.m. <br><br> [Filed Concurrently with: <br> - Notice of Motion and Memorandum of Points and Authorities; <br> - Declaration of Sandra G. Lewis; <br> - Declaration of Kira A. Schlesinger; <br> - (Proposed) Order.] <br><br> *Assigned for All Purposes to the Honorable Jon S. Tigar* |



DECLARATION OF DAVID LEWIS IN SUPPORT OF MOTION TO SET ASDIDE DEFAULT

1

I, David Vincent Lewis, hereby declare:

1. I am over age eighteen and Defendant in the above-captioned action. Except as to those averments based upon information and belief, I have personal knowledge of the following facts and would testify competently thereto if called as a witness. As to those statements on sworn on information and belief, I have reviewed documents and made reasonable inquiries and the averments are made in a good faith belief that they are true.

2. Professor Foam is owned by me and my wife Sandra.

3. The company sells various automotive aftermarket products on Amazon and similar websites under the Professor Foam label.

4. Professor Foam does not sell exterior car parts. The products that are at issue in this case are O-Rings and seals that are engine fuel bowl drain components.

5. Professor Foam purchases these components in Texas. They are then packaged as kits and sold on Amazon.

6. In order to sell on Amazon, sellers simply create an ad. It was then assigned an Amazon Seller Identification Number or "ASIN". That number is assigned by Amazon based upon the relation of the new ad to "parent" products.

7. In order to sell on Amazon, each seller must agree to the terms, including arbitration. My review of the terms and conditions indicated that only small claims cases may be heard in court, as opposed to arbitration. The designated court for small claims actions is in King County, Washington.

8. The customer does not pay Professor Foam directly; they pay Amazon. Amazon, in turn, takes their share and sends the balance to Professor Foam every two weeks.

9. Products purchased through Amazon are shipped domestically, and the buyer receives the package showing the item came from Professor Foam through Amazon.



DECLARATION OF DAVID LEWIS IN SUPPORT OF MOTION TO SET ASDIDE DEFAULT

2

10. Upon information and belief, based upon my reading of the terms and conditions and my understanding of the process for selling on Amazon, there is no connection through Amazon with California.

11. My wife and – when I'm available – I work from our home in Harris County, Texas.

12. We do not target or seek out sales in the State of California.

13. Although I understand that my wife was personally served on or about March 10, 2016, I was not initially served because, on information and belief, I was traveling at the time that service was attempted. I was traveling from Louisiana for my work with Petroleum Helicopters, Inc., to Florida, where I volunteered at Sun and Fun Air Show on behalf of the Seaplane Pilots Association. I then had to race back to Louisiana to meet with the FAA in connection with becoming a credentialed DPE- Designated Pilot Examiner. From there, returned to Pineville, Florida to train more students.

14. Upon information and belief, based upon the dates set forth in the alleged declaration of due diligence filed by Plaintiff (Dkt. 23, 2/3), while I was traveling a process server came to my home in Texas. I am informed and believe that the process server ultimately wedged the documents in the front door.

15. While I had no understanding that I had been served, because Sandra was served, we began seeking legal representation. I did not have any contacts in Northern California to get a referral from, and many of the attorneys we cold-called did not called back. We were not able to obtain counsel until approximately June 16, 2016. Thus, we were "*in pro per*" at the time that default was entered.

16. I returned to Texas on or about June 17, 2016.

17. At that point, I still did not understand that Plaintiff was asserting that I had been served.

18. I did not intentionally fail to answer the complaint, and certainly did not intend to manipulate or otherwise impede the justice system.

DECLARATION OF DAVID LEWIS IN SUPPORT OF MOTION TO SET ASDIDE DEFAULT
3



19. I simply did not realize that Plaintiff was claiming to have served me, and then I had problems locating counsel. I did not intentionally get myself into this position, and did not realize that not responding to papers thrown on the doorstep would prevent me from being able to defend this case.

20. I have never used any registered trademark belonging to Mission Trading Company, Inc., or any other registered trademark.

21. I did not cause the "H.S" to be affixed to the add I placed for Professor Foam.

22. I never received any call from Plaintiff's counsel or anyone else telling me that an answer was due from me.

23. I respectfully request that this Court set aside the default and allow me an opportunity to respond to the Plaintiff's allegations.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in __Oklahoma__, on June 29, 2016.

By ___David Lewis___
David Vincent Lewis

*Served on all interested parties via ECF*



DECLARATION OF DAVID LEWIS IN SUPPORT OF MOTION TO SET ASDIDE DEFAULT
4