Kira A. Schlesinger, Esq. (SB CA: 205357; AZ: 023450)
**SCHLESINGER CONRAD LAW FIRM**
3936 E. Desert Cove Avenue, 1st Fl.
Phoenix, Arizona 85027
Tel: 602-812-3661
Fax: 480-522-3674
E-Mail: docket@schlesingerconrad.com

*Attorney for Defendants*
*Sandra Gallagher Lewis*
*And David Vincent Lewis*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION TRADING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDRA GALLAGHER LEWIS, individually; DAVID VINCENT LEWIS, individually, DOES 1 – 10, inclusive, <br><br> Defendants. | CASE NO.: 3:16-CV-01110-JST <br><br> DECLARATION OF SANDRA LEWIS IN SUPPORT OF MOTION TO SET ASIDE DEFAULT <br><br> Hearing Date: August 4, 2016 <br> Courtroom: 9, <br> Phillip Burton Building, 19th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br> Time:  2:00 p.m. <br><br> [Filed Concurrently with: <br> - Notice of Motion and Memorandum of Points and Authorities; <br> - Declaration of Sandra G. Lewis; <br> - Declaration of Kira A. Schlesinger; <br> - (Proposed) Order.] <br><br> *Assigned for All Purposes to the Honorable Jon S. Tigar* |



DECLARATION OF SANDRA LEWIS IN SUPPORT OF MOTION TO SET ASDIDE DEFAULT
1

I, Sandra Lewis, hereby declare:

1. I am over age eighteen and Defendant in the above-captioned action. Except as to those averments based upon information and belief, I have personal knowledge of the following facts and would testify competently thereto if called as a witness. As to those statements on sworn on information and belief, I have reviewed documents and made reasonable inquiries and the averments are made in a good faith belief that they are true.

2. While David Lewis was traveling, a process server came to the Lewis residence is in Texas. The process server ultimately wedged the documents in front door of our home. She did not give them personally to me, or even tell me that they were service of process on David. I did not immediately see the documents.

3. Because both my and David's name was on the summons, I initially believed that it was simply a second copy of the documents previously served on me.

4. As David was still out of the state, I did not feel any urgency to tell him about the copy of the documents.

5. In an abundance of caution, and because it seemed odd that someone would bring an extra copy of documents, I asked my sister, who is a family law attorney in Texas, about how the documents were delivered. She told me that in Texas service is not proper if just left at the residence. She said that leaving the complaint on the door could not be proper service. Upon information and belief, my sister checked the court records and informed me that no motion for alternative service had been filed. no paperwork regarding an additional service had been filed. I therefore thought the server simply left the paperwork on the door as a copy, so it was not urgent that I let David know about it. This belief added to the delay in finding counsel.



DECLARATION OF SANDRA LEWIS IN SUPPORT OF MOTION TO SET ASDIDE DEFAULT

2

6. While I had no understanding that David had been served, because I had been served, David and I began seeking legal representation. The search was hampered because we were in Texas, not California.

7. I spoke to one gentlemen who told me he was not currently an active attorney, but that he may be able to assist us anyway. My understanding was that he was a former attorney and that he could guide us in what we needed to do. Ultimately, he declined to help, but this added to the delay in hiring an attorney.

8. A purchaser does not deal directly with me or Professor Foam, but rather purchases through Amazon. Neither I nor Professor Foam specifically solicits any sale from purchasers in California. Any purchase is made through Amazon, not from any defendant as an individual seller.

9. I have never used any registered trademark belonging to Mission Trading Company, Inc., or any other registered trademark.

10. I did not cause the "H.S" to be affixed to the add placed for Professor Foam.

11. Upon information and belief, similar products on Amazon are listed under the same ASIN numbers to show that products are comparable.

12. Professor Foam has never actively sought any customers that were known to be those of Mission Trading Company.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in Tomball, Texas Harris County, on June 28, 2016.

By _____
Sandra Lewis

*The foregoing was served on all interested parties via ECF.*



DECLARATION OF SANDRA LEWIS IN SUPPORT OF MOTION TO SET ASDIDE DEFAULT
3