Kira A. Schlesinger, Esq. (SB CA: 205357; AZ: 023450)
**SCHLESINGER CONRAD LAW FIRM**
3936 E. Desert Cove Avenue, 1st Fl.
Phoenix, Arizona 85027
Tel: 602-812-3661
Fax: 480-522-3674
E-Mail: docket@schlesingerconrad.com

*Attorney for Defendants*
*Sandra Gallagher Lewis*
*And David Vincent Lewis*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION TRADING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDRA GALLAGHER LEWIS, individually; DAVID VINCENT LEWIS, individually, DOES 1 – 10, inclusive, <br><br> Defendants. | CASE NO.: 3:16-CV-01110-JST <br><br> DECLARATION OF KIRA A. SCHLESINGER IN SUPPORT OF MOTION TO SET ASIDE DEFAULT <br><br> Hearing Date: August 4, 2016 <br> Courtroom: 9, <br> Phillip Burton Building, 19th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br> Time: 2:00 p.m. <br><br> [Filed Concurrently with: <br> - Notice of Motion and Memorandum of Points and Authorities; <br> - Declaration of Sandra G. Lewis; <br> - Declaration of David Lewis; <br> - (Proposed) Order.] <br><br> *Assigned for All Purposes to the Honorable Jon S. Tigar* |



DECLARATION OF KIRA A. SCHLESINGER IN SUPPORT OF MOTION TO SET ASDIDE DEFAULT
1

I, Kira A. Schlesinger, hereby declare:

1. I am an attorney licensed to practice before all Courts of the State of California and the United States District Court for the Northern District of California. I am counsel for defendants in the above-captioned action. I personal knowledge of the following facts and would testify competently thereto if called as a witness.

2. Following review of the docket, I understand that by the time the Defendants hired me, the date for a response to the Complaint had already run, and request for default had been filed.

3. I have thoroughly reviewed the file, as was necessary to draft the motion to set aside the default.

4. After reviewing the file, I called Plaintiff's counsel and asked her if she would stipulate to setting aside the default. She denied that request.

5. During that call, counsel for Plaintiff, Sunita Kapoor, admitted to me that Mission Trading Company, Inc. is not the producer of the products at issue in this case, but rather purchases their product in China, not the U.S.A.

6. I have prepared this motion as quickly as I could under the circumstances.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in Phoenix, Arizona on June 28, 2016.

By    */s/ Kira A. Schlesinger*
           Kira A. Schlesinger

*Served on all interested parties via ECF*



DECLARATION OF KIRA A. SCHLESINGER IN SUPPORT OF MOTION TO SET ASDIDE DEFAULT
2