UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION TRADING COMPANY, INC., <br> Plaintiff, <br> v. <br> DAVID VINCENT LEWIS, et al., <br> Defendants. | Case No. 16-cv-01110-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF No. 29 |

Before the Court is Defendant's Motion to Set Aside Default. ECF No. 29. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 4, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: July 25, 2016

JON S. TIGAR
United States District Judge