Kira A. Schlesinger, Esq. (SB CA: 205357; AZ: 023450)
**SCHLESINGER CONRAD LAW FIRM**
3936 E. Desert Cove Avenue, 1st Fl.
Phoenix, Arizona 85027
Tel: 602-812-3661
Fax: 480-522-3674
E-Mail: docket@schlesingerconrad.com

*Attorney for Defendants*
*Sandra Gallagher Lewis*
*And David Vincent Lewis*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION TRADING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDRA GALLAGHER LEWIS, individually; DAVID VINCENT LEWIS, individually, ; DOES 1 – 10, inclusive, <br><br> Defendants. | CASE NO.: 16-CV-01110-JST <br><br> DECLARATION OF KIRA A. SCHLESINGER IN SUPPORT OF DEFENDANT DAVID VINCENT LEWIS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, CHANGE VENUE. <br><br> Date: October 27, 2016 <br> Time: 2:00 p.m. <br> Location: Courtroom 9, of the Phillip Burton Building, 19th Floor, 450 Golden Gate Avenue, San Francisco |

I, Kira A. Schlesinger, declare as follows:

1. I am an attorney at law licensed to practice before all the Courts of the State of California and am admitted to the United States District Court for the Northern District of California. I am the attorney of record for Defendants Sandra and David Lewis in the above captioned action. I have personal knowledge of the following facts and would testify competently if called as a witness.

2. Attached are true and correct copies of the documents attached to the Request for Judicial Notice as Exhibits 1 through 3.



DECLARATION OF KIRA A. SCHLESINGER IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS OR IN THE ALTERNATIVE, CHANGE VENUE

1

3. Exhibit No. 1 are records I personally located on the United States Trademark Office's website search, commonly referred to as TESS. Upon inspection of these trademarks, located by searching for the Owner, and submitting "Mission Trading Company", none of them would apply to O-Rings.

4. Exhibit No. 2 is a printout from Amazon, showing the company's headquarters in Seattle, Washington.

5. Exhibit No. 3 a collection of printouts from Amazon that demonstrate that various companies all sell O-Rings and are either listed under "New" at the bottom right, or as "Sold by" or "Other Sellers on Amazon". At least one product that MTC sells is also sold directly by Amazon. The O-Ring pages include a "Make Sure it Fits!" pop out. *See* page 7.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge, and that this Declaration was executed in Phoenix, Arizona on August 24, 2016.

By /s/ *Kira A. Schlesinger*



DECLARATION OF KIRA A. SCHLESINGER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, CHANGE VENUE

2



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Schlesinger Conrad Law Firm
3936 E. Desert Cove Avenue, 1st Fl., Phoenix, AZ 85028



DECLARATION OF KIRA A. SCHLESINGER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, CHANGE VENUE

3